1  **Jennifer B. Zargarof, SBN 204382**
   jzargarof@sidley.com
2  **Francis S. Lam, SBN 279076**
   flam@sidley.com
3  **SIDLEY AUSTIN LLP**
   555 West Fifth Street, Suite 4000
4  Los Angeles, California  90013
   Telephone:  (213) 896-6000
5  Facsimile:  (213) 896-6600

6  **Attorneys for Defendant**
   **SAKS & COMPANY**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILIA DERUM, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SAKS & COMPANY, a New York Corporation, and Does 1-20, inclusive,<br><br>Defendant. | Case No. 14-cv-1921-JM (JLB)<br><br>Hon. Jeffrey T. Miller<br><br>**DEFENDANT SAKS & COMPANY'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>*Filed concurrently with Defendant's Memorandum of Points and Authorities in Support Thereof, Statement of Undisputed Material Facts, Request for Judicial Notice, Declaration of Francis S. Lam, Declaration of Teresa Lowry, Declaration of Maria Rodriguez, and Joint Stipulation of Facts*<br><br>Date:        February 9, 2015<br>Time:        10:00 a.m.<br>Courtroom:   5D |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

3  NOTICE IS HEREBY GIVEN that, on February 9, 2015, or as soon thereafter as this matter may be heard, in Courtroom 5D of the above-captioned Court for the Southern District of California, located at 221 West Broadway, San Diego, California 92101, Defendant Saks & Company ("Saks") will and hereby does move for summary judgment on Plaintiff Ilia Derum's First Amended Complaint for Violation of California Labor Code § 226 and for Penalties under the California Private Attorneys General Act, California Labor Code § 2699 *et seq.*

11  This Motion will be made pursuant to Federal Rule of Civil Procedure 56 on the ground that Saks is entitled to summary judgment as a matter of law because there is no genuine issue of material fact as to Plaintiff's allegations that Saks violated California Labor Code § 226 or that Plaintiff is entitled to recover damages or penalties under California Labor Code § 226, and there is no genuine issue of material fact as to Plaintiff's allegation that she is entitled to recover penalties under the California Private Attorneys General Act, California Labor Code § 2699 *et seq.*

19  Saks's Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities in Support of Thereof, the Statement of Undisputed Material Facts, the Request for Judicial Notice, the Declaration of Francis S. Lam in Support of Saks's Motion for Summary Judgment and Request for Judicial Notice, the Declaration of Teresa Lowry in Support of Saks's Motion for Summary Judgment, the Declaration of Maria Rodriguez in Support of Saks's Motion for Summary Judgment, the Joint Stipulation of Facts, all of which are being filed concurrently herewith, along with the exhibits thereto, all pleadings and papers filed in this action, all such matters of which the Court may take judicial notice, and such additional evidence and authority as may be offered at the time of oral argument, if

1 | any.

3 | Dated:  December 19, 2014

Sidley Austin LLP
By_____/s/ Francis Lam_____
Jennifer B. Zargarof, SBN 204382
jzargarof@sidley.com
Francis S. Lam, SBN 279076
flam@sidley.com
Attorneys for Defendant
SAKS & COMPANY

## STATEMENT OF RELIEF SOUGHT

Pursuant to Fed. R. Civ. P. 56, Defendant Saks & Company hereby moves the Court for summary judgment on Plaintiff Ilia Derum's First Amended Complaint:

(1) First Cause of Action, alleging Violation of Labor Code § 226.

(2) Second Cause of Action, seeking penalties under Labor Code § 2699 *et seq.*, the California Private Attorneys General Act.

Dated: December 19, 2014

SIDLEY AUSTIN LLP

By: /s/ Francis Lam
Jennifer B. Zargarof, SBN 204382
jzargarof@sidley.com
Francis S. Lam, SBN 279076
flam@sidley.com
Attorneys for Defendant
SAKS & COMPANY